UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| GOLZAR YOUSEF | CIVIL ACTION NO. 25-1947 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| WARDEN RICHWOOD CORRECTIONAL CENTER | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 2] having been considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that to the extent Petitioner Golzar Yousef seeks release under *Zadvydas*, her Petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claim should her confinement become unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims concerning her conditions of confinement and medical care are **DENIED WITH PREJUDICE** here but **WITHOUT PREJUDICE** to her right to raise them in a separate civil rights action.

MONROE, LOUISIANA, this 2nd day of January, 2026.

                                                                     TERRY A. DOUGHTY
                                                                     UNITED STATES DISTRICT JUDGE

Case 3:25-cv-01947-TAD-KDM    Document 4    Filed 01/02/26    Page 2 of 2 PageID #: 69